UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **STEVEN D ROBINSON #121493** | **CIVIL ACTION NO. 22-cv-6062 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JERRY GOODWIN** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 10] previously filed herein, and having thoroughly reviewed the record, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS HERBY ORDERED, ADJUDGED, AND DECREED** that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 [Doc. No. 1] is **DENIED** and **DISMISSED WITH PREJUDICE**.

Rule 11 of the Rules Governing Section 2254 Proceedings for the U.S. District Courts requires the district court to issue or deny a certificate of appealability when it enters a final order adverse to the applicant. The court, after considering the record in this case and the standard set forth in 28 U.S.C. Section 2253, **DENIES** a certificate of appealability because the applicant has not made a substantial showing of the denial of a constitutional right.

**THUS, DONE AND SIGNED** in Chambers on this 30th day of May, 2023.

_____
Terry A. Doughty
United States District Judge